1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
   California State Bar 162029
5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Tel:  (415) 977-8927
        Fax:  (415) 744-0134
7       Email:  Katherine.Loo@ssa.gov

8  Attorneys for Defendant,
   Commissioner of Social Security
9

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION

RAOUF T. GHAZOULI,                ) No.  CV-08-07089-JC
                                  )
                                  ) **[PROPOSED] JUDGMENT OF**
        Plaintiff,                ) **REMAND**
                                  )
        v.                        )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
        Defendant.                )
_____ )

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED:   February 2, 2009

_____/s/_____
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE