1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff RAOUF T. GHAZOULI
6

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RAOUF T. GHAZOULI,              ) Case No.: CV 08-7089 JC
                                   )
12         Plaintiff,               ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                          ) ATTORNEY FEES PURSUANT TO
                                   ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
15                                 )
           Defendant.               )
16 _____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of one thousand nine hundred fifty dollars, ($1,950), as authorized by 28

21 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:    February 26, 2009

23                         _____/s/_____
                           THE HONORABLE JACQUELINE CHOOLIJIAN
24                         UNITED STATES MAGISTRATE JUDGE

25

26

-1-